MARTIN B. GREENBAUM – CSB No. 45268
GREENBAUM LAW GROUP LLP
840 Newport Center Drive, Suite 720
Newport Beach, CA 92660
Tel:  (949) 760-1400
Fax:  (949) 760-1300

Attorneys for J.D. BENEFIELD, individually and as
Trustee of THE BENEFIELD
FAMILY TRUST UAD 3/4/04;
and MARY BENEFIELD, individually
and as Trustee of THE BENEFIELD
FAMILY TRUST UAD 3/4/04

UNITED STATES DISTRICT COURT

CENTRAL DISTICT OF CALIFORNIA

| | |
|---|---|
| STIFEL, NICOLAUS & COMPANY, INCORPORATED,<br><br>                    Petitioner,<br><br>     vs.<br><br>J.D. BENEFIELD, individually and as Trustee of THE BENEFIELD FAMILY TRUST UAD 3/4/04; and MARY BENEFIELD, individually and as Trustee of THE BENEFIELD FAMILY TRUST UAD 3/4/04,<br><br>                    Respondents. | Case No. 2:10-cv-01556-JHN-AJWx<br><br>JUDGMENT ON ARBITRATION AWARD |

This Court has issued an Order Denying Petitioner's Application to Vacate Arbitration Award and Granting Respondent's Cross-Petition to Confirm Arbitration Award and Request for Attorneys' Fees.  The Arbitration Award that is confirmed is as follows:

/ / /

/ / /

---

1

JUDGMENT ON ARBITRATION AWARD

       $261,600.00 in compensatory damages; plus

       Interest on the compensatory damages of $261,600 at 5% per annum from October 11, 2008 to January 21, 2010 in the amount of $16,737.28; plus

       $104,640.00 in attorneys fees; plus

       $600.00 as reimbursement of the non-refundable portion of the filing fees; plus

       $12,000 in costs and forum fees against Respondents.

       The total of these amounts is $395,577.28.

       Judgment is and shall be entered in accordance with that Order as follows:

       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is granted in favor of Respondents, J.D. BENEFIELD, individually and as Trustee of THE BENEFIELD FAMILY TRUST UAD 3/4/04 and MARY BENEFIELD, individually and as Trustee of THE BENEFIELD FAMILY TRUST UAD 3/4/04, and against Petitioner, STIFEL, NICOLAUS & COMPANY, INCORPORATED, in the amount of $395,577.28.

Dated:  April 14, 2010

                                                          JUDGE JACQUELINE H. NGUYEN
                                                           UNITED STATES DISTRICT COURT

JUDGMENT ON ARBITRATION AWARD